**DISMISS and Opinion Filed January 26, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00777-CV

### RUBEN LOPEZ, Appellant
### V.
### ALICIA C. NUNO, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04594-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The filing fee and clerk's record in this case have not been filed. By postcard August 8, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. On December 8, 2022, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification she had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned

appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220777F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

RUBEN LOPEZ, Appellant

No. 05-22-00777-CV        V.

ALICIA C. NUNO, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-20-04594-B.
Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered January 26, 2023